# Affidavit of Tommy Terry
## (In regards to the Bankruptcy Case of Isom Taylor)

I am Mr Tommy Terry, and can speak to the facts of statements that I have knowledge of, regarding my personal loan to Isom Taylor. This is my affidavit in regards to the loan, its payment and its schedule.

I made a personal loan to Isom Taylor on or about April 1, of 2012 for two thousand twenty five dollars sand no cents ($2,500). The loan was to be repaid in monthly amounts of $250 starting July 1. 2012 and was to run through April 1, 2013.

Mr. Taylor made his payment in a timely manner except for two payments that were slid to a later month. The loan was repaid in full on or about June 10, 2013 by Mr. Taylor. Currently, Mr. Taylor owes me no debt nor have I received any payments from Mr. Taylor since the date noted about of or about June 10, 2013.

I'm in complete knowledge of these statements and know them to be fact as fore stated, to the best of my knowledge. I also understand that these statements are critical and important to Mr. Isom Taylor's Bankruptcy Case and this is my affidavit made of my own freewill on behalf of Mr. Taylor.

Furthermore, I did read but didn't understand nor have legal advice to consult regarding the "TOLLING AGREEMENT" presented to me by Mr. Taylor from the Bankruptcy court. I did not feel comfortable signing this "TOLLING AGREEMENT" but did consent to this, my personal statement and affidavit regarding the loan.

Mr. Tommy Terry, former holder of loan to Isom Taylor

*Tommy Terry*   Date 8/7/2014