Judge: Marc Barreca
Chapter: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

ISOM R. TAYLOR,

Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 14-13556-MLB

DECLARATION OF ANNA SHANNON
IN SUPPORT OF TRUSTEE'S
RECEIVED UNSIGNED *EX PARTE*
DISMISSAL ORDER

Anna Shannon declares and states as follows:

1. I am employed by K. Michael Fitzgerald, Chapter 13 Trustee (Trustee), as a Staff Attorney. I have personal knowledge concerning the information in this declaration and I am competent to testify to this information.

2. Through my employment I have access to the Trustee's system and records, including plan payment records. Through my employment I have access to the Court's electronic case filing system.

3. On July 30, 2014, the Court ordered the debtor (among other things) to file a feasible and confirmable plan by August 7, 2014, and file a pleading explaining how the debtor intends to address the Trustee's concerns regarding the apparent preferential transfers to Tom Terry and Gary Edwards by August 7, 2014 (ECF No. 30). The Court ordered that the Trustee could submit an *ex parte* order dismissing this case if the debtor failed to comply with any term of this order.

4. The debtor failed to file a feasible and confirmable plan by August 7, 2014.

5. The debtor failed to file a pleading that explains how the debtor intends to address the Trustee's concerns regarding the apparent preferential transfers to Tom Terry and Gary Edwards. An affidavit of Tommy Terry (ECF No. 35) was filed on August 7, 2014, but the debtor has failed to file a pleading.

I certify under penalty of perjury under the laws of the state of Washington that this information is true and correct to the best of my knowledge.

Dated this 12th day of August, 2014

/s/ *Anna Shannon*
Anna Shannon, WSBA # 42633

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282